**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JENNIFER MCCAMBRIDGE AND　　　　　　　CASE NO.: 8:16-cv-03265-VMC-JSS
JASON MCCAMBRIDGE,

　　　　Plaintiffs,
vs.

PAYPAL, INC.,

　　　　Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Christopher W. Boss* | */s/ Adam P. Hartley* |
| Christopher W. Boss, Esq. | Adam P. Hartley, Esq. |
| FL Bar No. 13183 | FL Bar No. 0052211 |
| BOSS LAW | BALLARD SPAHR LLP |
| 9887 4th Street N., Suite 202 | 919 Third Avenue, 37th Floor |
| St. Petersburg, FL 33702 | New York, NY 10022 |
| Telephone: (727) 471-0039 | Telephone: (212) 223-0200 |
| Fax: (888) 503-2182 | Fax: (212) 223-1942 |
| CPService@protectyourfuture.com | hartleya@ballardspahr.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 22nd day of September, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following:

Adam P. Hartley, Esq.
hartleya@ballardspahr.com
BALLARD SPAHR LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Attorney for Defendant*

                                      /s/ Christopher W. Boss
                                      Christopher W. Boss (13183)